**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Dustin A. CRUMBLEY, Defendant–**
**Appellant.**

**No. 06–13935**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

May 16, 2007.

Jean Marie Downing, Downing Law Offices, Panama City, FL, for Defendant–Appellant.

E. Bryan Wilson, Tallahassee, FL, for Plaintiff–Appellee.

Before BIRCH, WILSON and PRYOR, Circuit Judges.

PER CURIAM:

Ryan Thomas Truskoski, appointed counsel for Dustin A. Crumbley in this direct criminal appeal, has moved to withdraw from further representation of appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because the independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Crumbley's convictions and sentences are **AFFIRMED.**